JS-6



FILED
CLERK, U.S. DISTRICT COURT
July 3, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H., a minor by and through his guardian ad litem, ALMA RUIZ; G.B., a minor through his guardian ad litem LENNY BERTAUD; and GABRIELLE ROMERO, individually.<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF LONG BEACH, ALEXANDER ROBERTS, and DOES 2-10, inclusive,<br><br>Defendant(s). | Case No.: 2:16-cv-09641-SJO (KSx)<br><br>Honorable S. James Otero<br><br>**JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants' Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment, pursuant to Fed. R. Civ. P., Rule 56, was taken under submission.

On June 22, 2018, after considering the papers filed in support of the motion; the papers in opposition; and defendants' reply and supplemental brief, the Court found that there exists no triable issue of material fact requiring the weighing process of the jury, that Defendants are entitled to a judgment as a matter of law, and GRANTED Defendant's Motion for Summary Judgment.

/ / /

/ / /

**IT IS THEREFORE ADJUDGED, ORDERED AND DECREED:**

1. Judgment is entered in favor of Defendants, CITY OF LONG BEACH and ALEXANDER ROBERTS against Plaintiffs E.H., a minor by and through his guardian ad litem, ALMA RUIZ; G.B., a minor through his guardian ad litem LENNY BERTAUD; and GABRIELLE ROMERO, individually;

2. Plaintiffs E.H., a minor by and through his guardian ad litem, ALMA RUIZ; G.B., a minor through his guardian ad litem LENNY BERTAUD; and GABRIELLE ROMERO, individually will take nothing; and

3. Defendants CITY OF LONG BEACH and ALEXANDER ROBERTS are awarded cost of suit following timely filing of a Bill of Costs.

**IT IS SO ORDERED.**

DATE: 07/03/18

*S. James Otero*
Honorable S. James Otero
United States District Judge

2
[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT